B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Massachusetts

In re  Annette F. Parent
Debtor(s)

Case No.
Chapter  13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                         $   6,000.00
   Prior to the filing of this statement I have received               $   2,000.00
   Balance Due                                                         $   4,000.00

2. $ 313.00  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods and avoidance of judicial liens.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   I shall represent the Debtor(s) in any contested matters and any adversary proceeding relating to your discharge and/or the dischargeability of any debt in which the Debtor(s) are a named defendant and any other adversary proceeding in which the Debtor(s) are a named defendant and the Debtor(s) and Attorney have entered into a fee agreement requiring additional fees for such matters.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February 25, 2025                         /s/ Robert S. Simonian, Esq.
*Date*                                    Robert S. Simonian, Esq. 631817
                                          *Signature of Attorney*
                                          Bucacci And Simonian, P.C.
                                          155 North Main Street
                                          Fall River, MA 02720
                                          508-678-4000  Fax: 508-678-4036
                                          *Name of law firm*