UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 25-10592-CJP |
| Craig Panaccione and Leslie S. Moreland | Chapter 7 |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

     Please take notice that the undersigned appears for **Bank of America, N.A.** and pursuant to Bankruptcy Rules 9010(b) and 2002, requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon Marcus E. Pratt, Korde & Associates, P.C., 900 Chelmsford Street, Suite 3102, Lowell, MA.

Date: April 1, 2025

                                        Respectfully submitted,
                                        Bank of America, N.A.
                                        By its attorney,

                                        /s/ Marcus E. Pratt
                                        Marcus E. Pratt, Esquire
                                        BBO #684610
                                        Korde & Associates, P.C.
                                        900 Chelmsford Street, Suite 3102
                                        Lowell, MA 01851
                                        Tel: (978) 256-1500
                                        bankruptcy@kordeassociates.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 25-10592-CJP |
| Craig Panaccione and Leslie S. Moreland | Chapter 7 |

**CERTIFICATE OF SERVICE**

    I, Marcus E. Pratt, Attorney for **Bank of America, N.A.** hereby certify that on April 1, 2025 I electronically filed the foregoing *Notice of Appearance* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing documents on the following CF/ECF participants:

Richard King, Assistant U.S. Trustee
Joseph G. Butler, Trustee
David B. Madoff, Esquire

    I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Craig Panaccione
61 Dicks Way
Brewster, MA 02631

Leslie S. Moreland
61 Dicks Way
Brewster, MA 02631

                                                   /s/ Marcus E. Pratt
                                                   Marcus E. Pratt, Esquire
                                                   BBO #684610
                                                   Korde & Associates, P.C.
                                                   900 Chelmsford Street, Suite 3102
                                                   Lowell, MA 01851
                                                   Tel: (978) 256-1500
                                                   bankruptcy@kordeassociates.com