**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CRAIG PANACCIONE<br>LESLIE S. MORELAND,<br><br>Debtors. | Chapter 7<br>Case No. 25-10592-CJP |

# DEBTORS' MOTION TO AMEND SCHEDULES B AND C WITH SUMMARY OF SCHEDULES

Craig Panaccione and Leslie S. Moreland, the above referenced Debtors (the "Debtor"), hereby request authority to amend their Schedules B and C to include a lump sum payment of benefits expected from the Social Security Administration and to take the appropriate exemption. In support thereof, the Debtor states as follows:

1. On March 25, 2025, the Debtors filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2. Mr. Panaccione has learned, since filing the Petition, that he is due a lump sum payment of benefits from the Social Security Administration. The Debtors have filed an Amended Schedule B, concurrently herewith, to properly list the asset.

3. Also, the Debtors request authority to amend their Schedule C to take the appropriate exemption. The Debtors have filed an Amended Schedule C to include the exemption.

Respectfully submitted this 7th day of April, 2025.

        CRAIG PANACCIONE
        LESLIE S. MORELAND,
        By her attorney,

        /s/  David B.Madoff
        David B. Madoff (BBO#556293)
        MADOFF & KHOURY LLP
        124 Washington Street – Ste. 202
        Foxborough, Massachusetts 02035
        (508) 543-0040
        madoff@mandkllp.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CRAIG PANACCIONE<br>LESLIE S. MORELAND,<br><br>Debtors. | Chapter 7<br>Case No. 25-10592-CJP |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 7, 2025 he caused copies of the Debtors' Motion to Amend Schedules B and C with Summary of Schedules to be served by ECF or mail upon the following:

**SERVICE LIST**

Joseph G. Butler
JGBBarron@yahoo.com, MA41@ecfcbis.com;jgb1@trustesolutions.net

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

William J. McLeod on behalf of Interested Party Massachusetts Department of Industrial Accidents
william.j.mcleod@mass.gov, mcleodlaw@gmail.com

Marcus Pratt on behalf of Creditor BANK OF AMERICA, N.A.
bankruptcy@kordeassociates.com

Mitchell E Starr on behalf of Creditor Workers Credit Union
mitch@mstarrlaw.com, starrpclaw@gmail.com,mstarrpclaw@outlook.com

**Ally**
Payment Processing Center
PO Box 660109
Dallas, TX 75266

**Amex**
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998

**Bank Of America**
Attn: Bankruptcy
100 North Tryon St
Charlotte, NC 28255

**Bank of America**
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

**Barclays Bank Delaware**
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

**Bayfirst National Bank**
700 Central Avenue
Saint Petersburg, FL 33701

**Bel-Aqua Pool Supply, Inc.**
PO Box 412561
Boston, MA 02241

**BHG Financial**
201 Solar Street
Syracuse, NY 13204

**Cape Cod 5 Ct Savings**
West Rd
Orleans, MA 02653

**Cape Cod Five Cents Savings Bank**
1500 Iyannough Road
Hyannis, MA 02601

**Cape Cod Five Cents Savings Bank**
PO Box 10
Orleans, MA 02653

**Cape Cod Ready Mix**
PO Box 399
Orleans, MA 02653

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Chase**
Cardmember Services
PO Box 1423
Charlotte, NC 28201

**Chris and Lisa Barton**
125 N Hamilton Street, Unit 1101
Madison, WI 53703

**Citibank/Exxon Mobile**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

**Citibank/Sears**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

**Cohn & Dussi, LLC**
255 State Street, Suite 7B
Boston, MA 02109

**Comenity Capital Bank**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Comenitycapital/sakscc**
Po Box 182120
Columbus, OH 43218

**Cover Pools**
2580 Decker Lake Blvd., Suite 300
Salt Lake City, UT 84119

**Deborah Sosland - Edelman**
4801 Main Street #650
Kansas City, MO 64112

**First Home Bank**
9190 Seminole Blvd.
Seminole, FL 33772

**Gerald and Mary McGillicuddy**
PO Box 905
East Dennis, MA 02641

**Gunite Labor Pools**
c/o Jose Chavez
24 Long Hill Road
Hollis, NH 03049

**JetBlue Card**
PO Box 13337
Philadelphia, PA 19101

**John and Jill Kramer**
45 Baldwin Farms South
Greenwich, CT 06831

**John D. Martin Excavating**
32 Rayber Road
Orleans, MA 02653

**Mark Kirkorsky, PC**
1119 W. Southern Avenue, Suite 200
Mesa, AZ 85210

**McElroy Deutsch**
53 State Street, Suite 500
Boston, MA 02109

**NCS**
PO Box 24101
Cleveland, OH 44124

**Oceanside Pools**
161 Queen Anne Road
Harwich, MA 02645

**Olympia Federal Savings and Loan Assoc**
421 Capitol Way S
Olympia, WA 98501

**Optumbank/greensky**
1797 Ne Expressway
Atlanta, GA 30329

**Peter Caiazzi**
20 Old Duck Hole Road
Orleans, MA 02653

6

**Site One Landscape Supply**
300 Colonial Center Parkway, Suite 600
Roswell, GA 30076

**Small Business Administration**
409 3rd Street S.W.
Washington, DC 20416

**Stephen and Donna Hackley**
PO Box 155
Cummaquid, MA 02637

**Syncb/Care Credit**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank/Banana Republic**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank/Select Comfort**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Thryv**
PO Box 619009
Dallas, TX 75261

**Tim and Ginger Fisher**
10 Cranberry Lane, Unit 22
Burlington, MA 01803

**Triad Associates**
100 Downing Avenue
Haverhill, MA 01830

**Ty Gupta**
Brahma Development
267 Commonwealth Avenue
Boston, MA 02116

**VFS US LLC**
PO Box 26131
Greensboro, NC 27402

**Wells Fargo**
Payment Remittance Center
PO Box 51174
Los Angeles, CA 90051

**Wells Fargo Vendor Financial Services LL**
PO Box 35701
Billings, MT 59107

**Wells Fargo Vendor Financial Svc, LLC**
PO Box 35701
Billings, MT 59107

**Workers Credit Union**
Attn: Bankruptcy
119 Russell Street
Littleton, MA 01460

/s/  David B. Madoff
David B. Madoff (BBO#556293)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts 02035
(508) 543-0040
madoff@mandkllp.com