

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Craig Panaccione and Leslie S. Moreland, | Chapter 7 |
| | 25-10592-CJP |
| Debtors | |

## ORDER ON MOTION FOR RELIEF FROM STAY

    The Motion for Relief from the Automatic Stay [ECF No. 14] (the "Motion") of The Huntington National Bank (the "Movant") having come before the Court, due notice appearing to have been given, no objections having been filed to the Motion, the debtor having assented to the relief requested, and good cause appearing for the relief requested, including that the Movant has demonstrated a colorable claim with respect to the property described below as contemplated by *Grella v. Salem Five Cent Sav. Bank*, 42 F.3d 26, 33-34 (1st Cir. 1994), it is hereby ORDERED that the Movant, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 to allow it to exercise its rights under its agreement with the debtor with respect to obtaining possession and disposing of its collateral, a 2022 Mack MD642, VIN 1M2MDBAA8NS003809, along with a 10' Dump Body, Chute with Paint, and Electric to Rear and Pintle Hook, as more particularly described in the Motion, in a commercially reasonable manner, and applying the proceeds to the debtor's loan balance secured by such collateral, all in accordance with applicable state and federal law; and it is further ORDERED that the Movant shall provide the trustee and the debtor with an accounting regarding the sale within 30 days of the sale and all surplus funds, if any, obtained by the Movant after liquidation of said collateral and satisfaction of the Movant's lien, shall be remitted to the trustee upon written request by the trustee or as may be directed by further order of the Court absent written direction provided by the trustee. The Court denies the Movant's request to waive the fourteen-day stay of this Order pursuant to Fed. R. Bankr. P. 4001(a)(3) as sufficient cause has not been stated.

Dated: 04/29/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge