UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Mary Derbes and Kimal Abdo Derbes, | Case No.: 25-10385 |
| Debtors | Chapter 7 |

**DEBTORS' MOTION TO AMEND
VOLUNTARY PETITION SCHEDULES**

**NOW COMES** Debtors, Mary Derbes and Kimal Abdo Derbes, in the above-captioned matter and hereby request to amend Schedule D and the Summary of Assets and Liabilities by substituting the attached Amended Schedule D and the Summary of Assets and Liabilities, for the ones previously filed pursuant to Fed. R. Bankr. P.1009.

In support thereof, Debtors state the following:

- Amended Schedule D reflects the "disputed" nature of the two secured claims by creditor Lumaghini Family Trust.

WHEREFORE, Debtors pray that this Honorable Court enter an order:

1. Confirming Debtors' Amended Schedule D and Amended Summary of Assets and Liabilities, attached hereto, as part of Debtors' Voluntary Petition; and

2. Substituting the previously filed Schedule D, and Amended Summary of Assets and Liabilities, with the schedule and Summary of Assets and Liabilities attached hereto.

Dated: 4/1/, 2025

Respectfully Submitted,
By their Attorney,

By: /s/ Wayne V. Gilbert
Wayne V. Gilbert
Gilbert Law Offices, P.C.
100 Ledgewood Place, Suite 102
Rockland, MA 02370
(781) 340-9505
BBO# 640986

04/02/2025 ALLOWED.